IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN ST. MARIE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PIKE TELECOM & RENEWABLES, LLC | : | NO. 23-77 |

## ORDER

**AND NOW**, this 24th day of May, 2023, upon consideration of Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Docket No. 9), and all documents filed in connection therewith, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Defendant's Motion is **GRANTED** insofar as it seeks dismissal of Plaintiff's retaliation claim pursuant to the Americans with Disabilities Act, and that aspect of Count I of the Amended Complaint is **DISMISSED**.

2. In all other respects, Defendant's Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.
_____
John R. Padova, J.